Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-595-9111, ext. # 216
866-927-5826 facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOHN WESTOVER,**

        Plaintiff,

  vs.

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC,**

        Defendant.

Case No.: 3:17-cv-1213-YY

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Oregon, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 15th day of January, 2018.

By:   s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-595-9111, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff

Complaint – Page 1